UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST L. LEWIS, JR., | CV F   03 6297 OWW LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR STAY |
| | (Doc. 16.) |
| E.S. ALAMEIDA, et. al., | |
| Defendants. | |

Earnest L. Lewis, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on September 22, 2003. On October 1, 2003, Plaintiff filed a First Amended Complaint. On January 15, 2004, the Court dismissed the Complaint with leave to amend and Plaintiff filed a Second Amended Complaint on February 9, 2004. This Complaint was dismissed on March 25, 2005. A Third Amended Complaint on April 27, 2005. Along with the Third Amended Complaint, Plaintiff moved to Stay the proceedings. Plaintiff requests that the Court stay the instant action because he is in the process of litigating custody of his daughter, who is temporarily held in Foster Care. Such proceedings require Plaintiff's temporary transfer to another facility where he alleges he will not have sufficient contact with the Court or access to the law library. In addition, Plaintiff alleges a stay is required because he is litigating another action in the Northern District.

1    Plaintiff does not provide the Court with sufficient cause to stay the action. The Court has
2 not yet had the opportunity to conduct a fourth screening of Plaintiff's case, thus, there is no
3 outstanding requirement that Plaintiff file anything with the Court.  In addition, there are no
4 parties to the case as of yet and thus, no one but Plaintiff can be expected to file anything in the
5 action requiring any activity by Plaintiff or the Court.  As for Plaintiff's transfer, he may still
6 maintain contact with the Court by keeping the Court informed as to his current address.
7 Plaintiff's concerns about law library access are speculative and given that the Court has not yet
8 required any action on the part of Plaintiff, no access to the law library is required, at least with
9 respect to this case.  Finally, Plaintiff's justification that having to litigate this case in addition to
10 two others is not good cause to stay an action.

    Accordingly, Plaintiff's request to stay the action is DENIED.

IT IS SO ORDERED.

**Dated:    June 1, 2005**               **/s/ Lawrence J. O'Neill**
b9ed48                                   UNITED STATES MAGISTRATE JUDGE