**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERNEST L. LEWIS, | ) | 1:03-cv-6297 OWW LJO P |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| v. | ) | |
| ALAMEDA, et al., | ) | |
| Defendants. | ) | |

This case was filed September 22, 2003. On October 1, 2003, Plaintiff filed an Amended Complaint which was dismissed by the Court on January 15, 2004. Plaintiff filed a Second Amended Complaint on February 9, 2004. The Second Amended Complaint was dismissed for failure to state a claim for relief on March 25, 2005, with leave to amend. Plaintiff filed the Third Amended Complaint on April 27, 2005. In Findings and Recommendations filed July 24, 2006, the Magistrate Judge recommended dismissing the case with prejudice for failure to state a claim for relief.

The Findings and Recommendations of the Magistrate Judge are supported by the facts and law in this case.

///

///

1

1     IT IS ORDERED that Plaintiff's Third Amended Complaint is
2 DISMISSED with prejudice.
3
4 DATED:   September _22_, 2006.
5
6                                  _/s/ OLIVER W. WANGER_____
                                     OLIVER W. WANGER
7                              UNITED STATES DISTRICT JUDGE
8 lewis order