```
                              FILED
                       JUDGMENT ENTERED
                       __September 22, 2006___
                                Date
                by _____G. Lucas_____
                            Deputy Clerk
                         U.S. District Court
                     Eastern District of California
                       __XX____ FILE CLOSED
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ERNEST L. LEWIS,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-03-6297 OWW/LJO P

ALAMEDA, et al.,

_____/

The Findings and Recommendations issued by the Magistrate Judge on July 24, 2006, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED:  September 22, 2006

VICTORIA MINOR, Clerk

By:  /s/ GREG LUCAS
          Deputy Clerk